# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 27, 2020

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | West, Christopher | Docket No. | 0980 4:20CR06003-SMJ-1 |

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW David L. McCary, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Christopher West, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke, sitting in the Court at Yakima, Washington, on the 17th day of January, 2020, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

      RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Christopher West has violated his period of pretrial supervision by using marijuana on January 17, 2020.

On January 17, 2020, Mr. West was contacted by United States Pretrial Officer Dan Manning via phone and advised he was to report to the pretrial office on January 21, 2020. Mr. West was also reminded he could not use marijuana.

On January 21, 2020, Mr. West reported to the pretrial office in Richland, Washington, to review his release conditions. During the intake process, Mr. West admitted to using marijuana on January 17, 2020. He admitted he had been a daily user of marijuana as it assisted him with anxiety issues. Mr. West was reminded of the conversation which had taken place on January 17, 2020, and the specific direction not to use marijuana. Mr. West signed an admission report admitting he had used marijuana on January 17, 2020.

      PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

| | | |
|---|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. | |
| | Executed on: | January 24, 2020 |
| by | s/David L. McCary | |
| | David L. McCary U.S. Pretrial Services Officer | |

THE COURT ORDERS

[X]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_M. K. Dimke_
Signature of Judicial Officer

1/27/2020
Date